UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOE HAND PROMOTIONS INC.,

          Plaintiff,

    vs

DONALD LIPCZYNSKI,
  d/b/a WILD TURKEY CAFÉ and
WILD TURKEY CAFE

          Defendants.

CASE NO. C09-5412FDB

ORDER OF DISMISSAL

      Plaintiff having notified the Court of the settlement of this case, and it appearing that no issue remains for the Court's determination,

      IT IS ORDERED that this action and all claims asserted herein are **DISMISSED** with prejudice and without costs to any party.

      In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within ***ninety (90)*** days of the date of this Order. Any trial date and/or pretrial dates previously set are hereby **VACATED**.

      IT IS SO ORDERED this day, October 6, 2009

_____
      The Honorable Franklin D. Burgess
      United States District Court Judge